AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Amy B. | United States District Court for the District of Columbia | 05/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court for the District of Columbia
300 Constitution Avenue, N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2008 | Trout Cacheris Am. & Restated Operat'g Agrm't provides payout of withdrawing Member's Capital Acct over 3 years (no control). Payout began 2011 and ended 2014. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓ | College tuition 2013-2014 (final year) | K |
| 2. | ▓▓▓▓▓ | College tutition 2013-2014 (final year) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One (formerly Chevy Chase Bank) | A | Interest | K | T | | | | | |
| 2. Captial One Young Savers Accounts | A | Interest | J | T | | | | | |
| 3. CD Captial One, 13 month - #1 | A | Interest | J | T | | | | | |
| 4. CD Captial One, 13 month - #2 | A | Interest | | | Matured | 12/26/14 | J | | |
| 5. Trout Cacheris Capital Account | D | Distribution | | | Distributed | 02/24/14 | J | | |
| 6. DC College Savings Plan 17+ | | None | J | T | | | | | |
| 7. DC College Savings Plan 17+ | | None | K | T | | | | | |
| 8. State of Israel Bonds | B | Interest | J | T | | | | | |
| 9. Wells Fargo bank account | A | Interest | K | T | | | | | |
| 10. SCHAWB ACCOUNTS: | | | | | | | | | |
| 11. Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 12. FPCIZ | A | Dividend | K | T | | | | | |
| 13. | A | Distribution | | | | | | | |
| 14. SGIIX | A | Dividend | K | T | | | | | |
| 15. | B | Distribution | | | | | | | |
| 16. ISTIX | A | Distribution | K | T | Sold (part) | 02/21/14 | K | D | |
| 17. ODVYX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MICSX | A | Dividend | K | T | | | | | |
| 19. | A | Distribution | | | | | | | |
| 20. TTRZX | C | Dividend | | | Sold | 12/26/14 | K | A | |
| 21. | A | Distribution | | | | | | | |
| 22. MFLDX | A | Dividend | K | T | | | | | |
| 23. YACKX | A | Dividend | L | T | Sold (part) | 09/17/14 | K | D | |
| 24. | B | Distribution | | | | | | | |
| 25. VIG | B | Dividend | L | T | | | | | |
| 26. GLRIX | A | Dividend | K | T | | | | | |
| 27. | A | Distribution | | | | | | | |
| 28. WABIX | A | Dividend | K | T | Buy | 12/26/14 | K | | |
| 29. | A | Distribution | | | | | | | |
| 30. WHGIX | A | Dividend | K | T | Buy | 12/26/14 | K | | |
| 31. | A | Distribution | | | | | | | |
| 32. EIGMX | A | Dividend | | | Sold | 12/26/14 | K | | |
| 33. MWCIX | A | Dividend | K | T | Buy | 09/17/14 | J | | |
| 34. LLDYX | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VDIGX | B | Dividend | L | T | Sold (part) | 9/18/14 | J | | |
| 36. | B | Distribution | | | | | | | |
| 37. HIEMX | A | Dividend | K | T | | | | | |
| 38. | A | Distribution | | | | | | | |
| 39. AEDYX | A | Dividend | K | T | Buy | 02/21/14 | J | | |
| 40. | B | Distribution | | | Buy (add'l) | 09/17/14 | J | | |
| 41. BPIRX | A | Distribution | J | T | Buy | 09/17/14 | J | | |
| 42. VSCSX | | None | K | T | Buy | 12/26/14 | K | | |
| 43. ODVYX (Y) | | | | | | | | | |
| 44. HIEMX (Y) | | | | | | | | | |
| 45. ISTIX (Y) | | | | | | | | | |
| 46. YACKX (Y) | | | | | | | | | |
| 47. VIG (Y) | | | | | | | | | |
| 48. VDIGX (Y) | | | | | | | | | |
| 49. NMCIX (Y) | | | | | | | | | |
| 50. AEDYX (Y) | | | | | | | | | |
| 51. SGIIX (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFLDX (Y) | | | | | | | | | |
| 53. MICSX (Y) | | | | | | | | | |
| 54. TTRZX (Y) | | | | | | | | | |
| 55. FPCIZ (Y) | | | | | | | | | |
| 56. GLRIX (Y) | | | | | | | | | |
| 57. WABIX (Y) | | | | | | | | | |
| 58. WHGIX (Y) | | | | | | | | | |
| 59. EIGMX (Y) | | | | | | | | | |
| 60. MWCIX (Y) | | | | | | | | | |
| 61. THOPX (Y) | | | | | | | | | |
| 62. LLDYX (Y) | | | | | | | | | |
| 63. SMAIX (Y) | | | | | | | | | |
| 64. VSCSX (Y) | | | | | | | | | |
| 65. Schwab Money Mkt (Y) | | | | | | | | | |
| 66. MERRILL LYNCH ACCOUNTS: | | | | | | | | | |
| 67. ML Bank Dep Prog/IAXX - FIA Card SVS NA RASP MONEY MKT | A | Interest | J | T | | | | | |
| 68. CWGCX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  MDLOX | A | Dividend | K | T | | | | | |
| 70. | A | Distribution | | | | | | | |
| 71.  BRECX | A | Dividend | J | T | | | | | |
| 72.  ECHSX | A | Distribution | J | T | | | | | |
| 73. | A | Dividend | | | | | | | |
| 74.  FAVCX | A | Dividend | J | T | | | | | |
| 75.  FBTCX | A | Dividend | K | T | | | | | |
| 76.  LGVAX | A | Dividend | K | T | | | | | |
| 77.  OEGCX | A | Distribution | K | T | | | | | |
| 78.  HWLAX | A | Dividend | J | T | | | | | |
| 79.  RFC17A | | None | K | T | | | | | |
| 80.  MCFGX | A | Distribution | K | T | | | | | |
| 81. | A | Dividend | | | | | | | |
| 82.  MDFGX | A | Distribution | K | T | | | | | |
| 83.  MCLOX | A | Dividend | K | T | | | | | |
| 84.  ECGIX | A | Dividend | K | T | | | | | |
| 85.  FNICX | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87. FERCX | A | Dividend | K | T | | | | | |
| 88. | A | Distribution | | | | | | | |
| 89. GIFTS IN 2014: | | | | | | | | | |
| 90. ML Bank Dep - FIA Card (X) | A | Interest | K | T | | | | | |
| 91. Cecil Cnty (X) | A | Interest | K | T | | | | | |
| 92. Avon Products (X) | A | Interest | | | Sold | 11/26/14 | K | | |
| 93. ABALX (X) | A | Dividend | K | T | | | | | |
| 94. AGTHX (X) | A | Dividend | L | T | Buy (add'l) | 12/02/14 | K | | |
| 95. | A | Distribution | | | | | | | |
| 96. MDLOX (X) | C | Dividend | M | T | | | | | |
| 97. | B | Distribution | | | | | | | |
| 98. LGVAX (X) | A | Dividend | K | T | Buy (add'l) | 12/02/14 | K | | |
| 99. | A | Distribution | | | | | | | |
| 100. ETHSX (X) | A | Dividend | K | T | Buy (add'l) | 12/05/14 | K | | |
| 101. SRVEX (X) | A | Dividend | K | T | | | | | |
| 102. MetLife Inc. Pfd. (X) | A | Dividend | | | Sold | 11/26/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. UTXPRA (X) | | None | | | Sold | 11/26/14 | K | | |
| 104. INHERITED: | | | | | | | | | |
| 105. ML Bank Deposit - FIA Card (X) | A | Interest | K | T | | | | | |
| 106. Goldman Sachs Group (X) | A | Interest | K | T | | | | | |
| 107. ABALX (X) | A | Dividend | K | T | | | | | |
| 108. AGTHX (X) | A | Dividend | L | T | Buy (add'l) | 12/18/14 | K | | |
| 109. | A | Distribution | | | | | | | |
| 110. MDLOX (X) | C | Dividend | M | T | | | | | |
| 111. | A | Distribution | | | | | | | |
| 112. LGVAX (X) | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 113. | A | Distribution | | | | | | | |
| 114. ETHSX (X) | A | Dividend | K | T | Buy (add'l) | 12/18/14 | J | | |
| 115. SRVEX (X) | A | Dividend | K | T | | | | | |
| 116. CVTRX (X) | A | Dividend | K | T | | | | | |
| 117. FABLX (X) | A | Dividend | K | T | | | | | |
| 118. SGOVX (X) | A | Dividend | K | T | | | | | |
| 119. OEGAX (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,001 - $250,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 05/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Concerning VII. Investments and Trusts:

Line 5:  Trout Cacheris Capital Account was being paid out quarterly over a three year period, in increments of $8250, per the Operating Agreement.  Final payment of balance paid in Feb. 2014.

Line 9:  Wells Fargo bank account on line 9 now consists of the Wells Fargo bank account on line 88 of the 2013 FDR and what was previously the Wachovia Bank - joint account with relative on line 87 of the 2013 FDR.  Wachovia becamse Wells Fargo, and the account is no longer joint since relative is deceased.

Line 43-65:  Assets held in 2013 by then-spouse; divorce became final during the reporting period.

Lines 80-89:  2013 FDR showed the six assets at lines 80-89 above as "Sold" but they should have been reported as "Sold (part)."  The parts of these assets that were sold in 2013 were held in an IRA that belonged to my then-spouse, and I continue to own the parts of these assets that weren't sold.

Lines 91-104:  Gifts from family member were received in 2014 and therefore were not shown on 2013 FDR.

Lines 106-120:  Assets recevied in 2014 through inheritance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amy B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544